182 So.2d 74

Beuford G. JACKA

v.

OUACHITA PARISH SCHOOL BOARD.

No. 48020.

Feb. 4, 1966.

In re: Beuford G. Jacka applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 179 So.2d 923.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

182 So.2d 75

Lois Earl McCOY

v.

Jack L. VINCE d/b/a Two Jack's
Restaurant et al.

No. 48051.

Feb. 4, 1966.

In re: Lois Earl McCoy applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 180 So.2d 734.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.